UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
BARRY W. INMAN,

                           Petitioner,

                v.                                    9:07-CV-587
                                                                   (TJM)(DEP)

DAVID HARDER,

                           Respondent.
-------------------------------------------------------------------------

**APPEARANCES:**                                   **OF COUNSEL:**

OFFICE OF RONALD R. BENJAMIN         RONALD R. BENJAMIN, ESQ.
P.O. Box 607
Binghamton, N.Y. 13902-0607

BROOME COUNTY ATTORNEY'S OFFICE    AARON J. MARCUS, ESQ.
Edwin L. Crawford County Office Bldg.
P.O. Box 1766
Binghamton, NY 13902-1766

HON. ANDREW M. CUOMO                  STEVEN H. SCHWARTZ, ESQ.
Office of the Attorney General
State of New York
Department of Law
The Capitol
Albany, New York 12224

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

## ORDER

     By Order of District Judge Thomas J. McAvoy, filed June 21, 2007, the Court dismissed the petition filed on behalf of petitioner Barry Inman ("Inman" or "petitioner"). Dkt. No. 18. Inman has appealed Judge McAvoy's June Order and seeks leave to proceed with the appeal *in forma pauperis*. Dkt. No. 22.

     Because the petitioner is indigent, the Court grants petitioner's request to proceed with this matter *in forma pauperis* for purposes of his appeal to the Second

Circuit.[1]

WHEREFORE, it is hereby

ORDERED, that petitioner's request to proceed with the appeal of this matter *in forma pauperis* (Docket No. 22) is granted, and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order upon parties in accordance with the Local Rules.

David E. Peebles
U.S. Magistrate Judge

Dated:   July 17, 2007
         Syracuse, NY

---

[1] This application is granted subject to the Second Circuit collecting the fees that may be due to it.

2